# UNITED STATES DISTRICT COURT
for the
*EASTERN DISTRICT OF WISCONSIN*

*In the Matter of the Search of*

Case Number: 13 m 631

A USPS Priority Mail parcel with tracking number 9505 5109 1410 3136 5155 07 addressed to "Billy White Jr, 1113 S. Errie St, De Pere, WI 54115" and containing the return address "Scott Stevens, 273 S. 200 E. Ritchfield, UT 84701"

FILED IN GREEN BAY
MAY 2 0 2013
AT _____ O'CLOCK ___ M
JON W. SANFILIPPO

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Derik Thieme, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

A USPS Priority Mail parcel with tracking number 9505 5109 1410 3136 5155 07 addressed to "Billy White Jr, 1113 S. Errie St, De Pere, WI 54115" and containing the return address "Scott Stevens, 273 S. 200 E. Ritchfield, UT 84701"

located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is which is (check one or more):

✓ evidence of a crime;
✓ contraband, fruits of a crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

Title 21, United States Code, Sections 841(a)(1), 843(b), and 844(a).

The application is based on these facts:

✓ Continued on the attached sheet, which is incorporated by reference.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Applicant's signature
Name and Title: Derik Thieme, U.S. Postal Inspector

Sworn to before me, and signed in my presence.
Date 5/20, 2013
City and state: Green Bay, Wisconsin

Judge's signature
THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

# AFFIDAVIT

Derik Thieme, United States Postal Inspector, being duly sworn, states the following information was developed from his personal knowledge and from information furnished to him by other law enforcement agents and professional contacts:

1. I have been employed by the United States Postal Inspection Service for approximately ten years. My duties include investigating the use of the U. S. Mails to illegally send and receive controlled substances and drug trafficking instrumentalities. I have participated in investigations which have resulted in the arrest of individuals who have received and distributed controlled substances using the U.S. Mail, as well as the seizure of the illegal drugs and proceeds from the sale of those illegal drugs. My training and experience includes identifying packages with characteristics indicative of criminal activity, namely, the possession and distribution of controlled substances.

2. The Postal Inspection Service has implemented a U.S. Mail Narcotic Interdiction Program nationwide. This program consists of a physical inspection of mail parcels which have been mailed from locations throughout the country. Packages bearing identifiable characteristics of drug parcels are subjected to a certified narcotics dog trained to detect controlled substances. I have learned through my training and experience investigating the mailing of controlled substances that individuals distributing controlled substances via the U.S. Mail commonly use Express Mail or Priority Mail because both services allow the individuals to track the shipping status of the parcel.

3. This affidavit is submitted in support of an application for a search warrant for a 12 inch by 12 inch by 6 inch U.S.P.S. Priority Mail parcel with tracking number 9505 5109 1410 3136 5155 07, mailed from Richfield, UT 84701 on May 16, 2013. The parcel will more particularly be

described as a white U.S.P.S. Large Flat Rate Priority Mail box containing handwritten address information. The parcel is addressed to "Billy White Jr, 1113 S. Errie St, De Pere, WI 54115" and bears the return address of "Scott Stevens, 273 S. 200 E. Ritchfield, UT 84701". The parcel weighs approximately 3 pounds 4 ounces and has $16.85 in postage.

4. On May 10, 2013, I executed a federal search warrant of a Priority Mail parcel that was sent from De Pere, WI with the return address of "Chewy, 1113 S. Erie St, De Pere, WI 54115". The search warrant was obtained after the package was identified as suspicious because it was damaged in handling at the Green Bay Mail Processing Facility and it appeared to contain a large bundle of U.S. Currency. In addition, a trained drug detection dog conducted a sniff of the parcel and alerted to the odor of controlled substances coming from the subject parcel. Upon executing the search warrant I found it to contain $2600.00 in cash wrapped in aluminum foil. I know from conducting previous controlled substances investigations that individuals who use the U.S. Mail to receive controlled substances often also use the U.S Mail to send U.S. Currency as payment for controlled substances. Based on the parcel containing the $2600.00 cash, I directed the De Pere Post Office to notify me if any parcels arrived for delivery to 1113 S. Erie Street.

5. On May 17, 2013, I received information from the De Pere, WI Post Office that a Priority Mail parcel with delivery confirmation number 9505 5109 1410 3134 3815 86 had arrived for delivery to "Chewy, 1113 S. Erie St, De Pere, WI 54115". I retrieved the parcel from the De Pere Post Office for further investigation. A drug detection canine alerted to the presence of

controlled substances in the parcel and a federal search warrant was obtained. The search warrant was executed on May 17, 2013 and the parcel was found to contain methamphetamine.

6. On May 20, 2013, I received information from the De Pere, WI Post Office that another Priority Mail parcel with delivery confirmation number 9505 5109 1410 3136 5155 07 had arrived for delivery to "Billy White Jr, 1113 S. Errie St, De Pere, WI 54115". I retrieved the parcel from the De Pere Post Office for further investigation. I noticed that the parcel was mailed from the same location (Richfield, UT 84701) and contained the same name on the return address (Scott Stevens) as the previous parcel that was found to contain methamphetamine on May 17, 2013.

7. On May 20, 2013, I queried the Accurint Law Enforcement database and United States Postal Service records for the information on the return address listed on the subject Priority Mail parcel, "Scott Stevens, 273 S. 200 E. Ritchfield, UT 84701". According to those sources, the address does not exist. An Accurint search of the name Scott Stevens in the Richfield, UT also returned negative results. I know from conducting previous narcotics investigations that individuals using the U.S. Mail to send controlled substances may use an alternate or fictitious address and/or name on the return address to conceal their identity.

8. On May 20, 2013, I queried the Accurint Law Enforcement database and United States Postal Service records for the information on the addressee name listed on the subject Priority Mail parcel, "Billy White Jr, 1113 S. Errie St, De Pere, WI 54115". According to those sources, the name Billy White Jr. is not known to be associated with this address. I know from conducting

previous narcotics investigations that individuals using the U.S. Mail to send and receive controlled substances may use an alternate or fictitious addressee name on the mailing label in order to conceal the identity of the true recipient.

9. On May 20, 2013, I contacted Brown County Drug Task Force Investigator Zak Holschbach who agreed to assist with my investigation in presenting the subject Priority Mail parcel to a dog sniff. Investigator Holschbach is a trained and experienced handler of a certified drug detection dog named "Sammy". Investigator Holschbach explained that Sammy is trained in detecting the presence of marijuana, cocaine, heroin, ecstasy, and methamphetamine, and was last certified in detecting narcotics in May, 2012. Consistent with Investigator Holschbach's training, experience, and direction, I placed the subject Priority Mail parcel in a room at the Howard Village Hall located at 2456 Glendale Ave, Howard, WI. The parcel was placed in the room along with four other similar parcels known not to contain any odor of controlled substances. Prior to placing the parcels in the room, Investigator Holschbach had Sammy examine the room and Investigator Holschbach advised that Sammy did not alert to the odor of controlled substances in the room. After placing the subject parcel and four other parcels in the room, Sammy again examined the room and Investigator Holschbach said Sammy alerted to the odor of controlled substances in one of the parcels. Sammy did not alert on any of the other parcels. I identified the parcel that Sammy alerted to as the subject Priority Mail parcel addressed to 1113 Errie St, De Pere, WI. I took custody of the subject Priority Mail parcel and currently have it in my custody at the U.S. Postal Inspection Service office in Oneida, WI, in the Eastern District of Wisconsin.

10. Postal Regulation Sec. 274.31 of the United States Postal Service Administrative Support Manual states that no one may detain mail sealed against inspection, except under the following condition: A Postal Inspector acting diligently and without avoidable delay, upon reasonable suspicion, for a brief period of time, to assemble evidence sufficient to satisfy the probable-cause requirement for a search warrant issued by a Federal Court.

11. For these reasons, there is probable cause that the aforementioned subject Priority Mail parcel bearing tracking number 9505 5109 1410 3136 5155 07 contains controlled substances, including narcotics, narcotic paraphernalia or proceeds from the trafficking of controlled substances. I am seeking the issuance of a warrant to search this parcel, and the contents contained therein, for contraband and evidence of a crime, namely, possession and possession with the intent to distribute controlled substances, and use of the mails to commit a controlled substance felony, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 844.

_____
DERIK THIEME
U.S. Postal Inspector

Subscribed and sworn to before me this ____ day of May, 2013.

_____
THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
Eastern District of Wisconsin