# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

Case Number: 13 m 631

**A USPS Priority Mail parcel with tracking number 9505 5109 1410 3136 5155 07 addressed to "Billy White Jr, 1113 S. Errie St, De Pere, WI 54115" and containing the return address "Scott Stevens, 273 S. 200 E. Ritchfield, UT 84701"**

TO: Any authorized officer of the United States:



USDC EDWI
FILED IN GREEN BAY DIV

MAY 2 2 2013

AT_____ O'CLOCK ____M
JON W. SANFILIPPO

### SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

**A USPS Priority Mail parcel with tracking number 9505 5109 1410 3136 5155 07 addressed to "Billy White Jr, 1113 S. Errie St, De Pere, WI 54115" and containing the return address "Scott Stevens, 273 S. 200 E. Ritchfield, UT 84701"**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. Sections 841(a)(1), 843(b), and 844(a).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before __5-30-__, 2013
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued __5/22__, 2013; __2:14__ a.m./p.m.

Judge's signature

City and state: <u>Green Bay, Wisconsin</u>

THE HONORABLE JAMES R. SICKEL
<u>United States Magistrate Judge</u>
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 13 M 631 | May 20, 2013 2:30 p.m. | USPS |

Inventory made in the presence of
Mike Horst, Brown County Drug Task Force

Inventory of person or property taken and name of any person(s) seized:

1 USPS Priority Mail parcel with tracking number 9505 5109 1410 3136 5155 07 containing:

Approximately 257 grams green plant like substance that field tested positive for THC, the active ingredient in marijuana, using the Duquenois Levine Reagent Field Test. The marijuana was wrapped in a vacuum sealed bag and other clear plastic wrapping. The bundle was in a white towel and an empty 12 pack Olympia Beer carton enclosed in a large black garbage bag that was tied closed. Also in the parcel was a block of wood, an opened water bottle partially filled, and several newspapers originating from Utah.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/22/2013

*(Executing officer's signature)*

Derik Thieme, US Postal Inspector
*(Printed name and title)*

Subscribed, sworn to, and returned before me this date.

*(U.S. Judge or Magistrate Judge)*

5/22/13
*(Date)*